**Order entered November 29, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00744-CR

### LEE CARTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F20-75649-N

### ORDER

Before the Court is the November 21, 2022 request of court reporter Cheryl A. Dixon for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 2, 2022**.

/s/    LANA MYERS
       JUSTICE